IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY ASHLEY**                                                                                                    **PLAINTIFF**
**ADC #099718C**

V.                                      NO. 4:21-cv-01128-BRW-ERE

**GARY M. ARNOLD,** *et al.*                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Ashley's claims be DISMISSED. This case is closed. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment or the Order accompanying the Judgment would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of May 2022.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE